FILED

MAR 2 7 2008

CLERK ... SOUTHERN ... BY ...

STEPHEN E. HOFFMAN
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 574-1888
California State Bar No. 90495

Attorney for Defendant
Manuel Ray Sanchez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANUEL RAY SANCHEZ,<br>Defendant. | Case No. 08-CR-0739-BEN<br><br>SUBSTITUTION OF ATTORNEYS AND ORDER THEREON |

Defendant Manuel Ray Sanchez hereby substitutes Stephen E. Hoffman, 136 Redwood Street, San Diego California 92103 (619) 574-1888 as his attorney of record, in place of attorney Gerald T. McFadden.

Dated: 3-25-08

Manuel Ray Sanchez
Defendant

Dated: 3-25-08

Stephen E. Hoffman
Attorney at Law

Dated: 3-27-08

Gerald T. McFaden
Attorney at Law