MAR 2 7 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANUEL RAY SANCHEZ,<br>Defendant. | Case No. 08-CR-0739-BEN<br><br>ORDER RE: SUBSTITUTION OF ATTORNEYS |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED Defendant Manuel Ray Sanchez hereby substitutes Stephen E. Hoffman, 136 Redwood Street, San Diego California 92103 (619) 574-1888 as his attorney of record, in place of attorney Gerald T. McFadden.

IT IS ORDERED.

Dated: 3-27-08

Nita L. Stormes
United States Magistrate Judge