Stephen E. Hoffman
Attorney at Law
136 Redwood Street
San Diego, CA 92103
619-574-1888
California State Bar No. 90495

Attorneys for Defendant
Manuel Ray Sanchez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Roget T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MANUEL RAY SANCHEZ, Defendant. | Criminal Case No. 08-CR-739-BEN<br><br>Joint Motion to Continue Sentencing Hearing Date |

Plaintiff and Defendant jointly move this Court to continue the presently scheduled date for the sentencing hearing of June 16, 2008 to July 14, 2008, at 9:00 a.m. The purpose of this joint motion is to facilitate the preparation of the Presentence Report in a timely fashion. Defense counsel, Stephen Hoffman communicated with Assistant U.S. Attorney Carla J. Bressler, who does not oppose this request.

/

/

/

Defendant is in custody.

Dated: April 11, 2008

s/ Stephen E. Hoffman
Stephen E. Hoffman
Attorney for Defendant
Manuel Ray Sanchez