Stephen E. Hoffman
Attorney at Law
136 Redwood Street
San Diego, CA 92103
619-574-1888
California State Bar No. 90495

Attorneys for Defendant
Manuel Ray Sanchez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Roget T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANUEL RAY SANCHEZ,<br>Defendant. | Criminal Case No. 08-CR-739-BEN<br><br>Certificate of Service |

On April 11, 2008, I electronically service the Joint Motion to Continue Sentencing Hearing on Assistant U.S. Attorney Carla J. Bressler.

Dated: April 11, 2008

s/ Stephen E. Hoffman
Stephen E. Hoffman
Attorney for Defendant
Manuel Ray Sanchez