Stephen E. Hoffman
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 574-1888
California State Bar No: 90495
E-mail: hbfandjm@aol.com

Attorney for Defendant
Manuel Ray Sanchez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL RAY SANCHEZ,<br><br>Defendant. | CASE NO: 08-CR-739-BEN<br><br>MOTION TO CONTINUE SENTENCING HEARING DATE |

Comes now the defendant Manuel Ray Sanchez through his counsel of record Stephen E. Hoffman and hereby moves this court to continue the presently scheduled date for the sentencing hearing of June 16, 2008 to July 14, 2008, at 9:00 a.m. The purpose of this motion is to facilitate the preparation of the Presentence Report in a timely fashion. Defense counsel, Stephen E. Hoffman communicated with Assistant U.S. Attorney David Katz, who does not oppose this request.

Defendant is in custody.

Dated: April 23, 2008

s/ Stephen E. Hoffman
Stephen E. Hoffman
Attorney for Defendant
Manuel Ray Sanchez