UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANUEL RAY SANCHEZ,<br>Defendant. | Case No. 08-CR-739-BEN<br><br>PROOF OF SERVICE |

I am over the age of 18; my business address is 136 Redwood Street, San Diego, CA 92103.

On April 23, 2008, I served the following document described as:

Motion to Continue Sentencing Hearing Date

By the following method:

**(X) CM/ECF FILING.**

U.S. District Court Clerk
Southern District of California

David Katz
Assistant U.S. Attorney

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Executed on April 23, 2008, at San Diego, California.

Aracely Rivas