Stephen E. Hoffman
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 574-1888
California State Bar No: 90495
E-mail: hbfandjm@aol.com

Attorney for Defendant
Manuel Ray Sanchez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Roger T. Benitez)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 08-CR-739-BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT MOTION TO CONTINUE |
| v. | ) | SENTENCING HEARING DATE |
| | ) | |
| MANUEL RAY SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now the defendant Manuel Ray Sanchez through his counsel of record Stephen E. Hoffman and Assistant U.S. Attorney David Katz and hereby move this court to continue the presently scheduled date for the sentencing hearing of June 16, 2008 to July 14, 2008, at 9:00 a.m. The purpose of this motion is to facilitate the preparation of the Presentence Report in a timely fashion.

Defendant is in custody.

Dated: May 2, 2008

s/ Stephen E. Hoffman
Stephen E. Hoffman
Attorney for Defendant
Manuel Ray Sanchez

Dated: May 2, 2008

s/ David Katz
David Katz
Assistant U.S. Attorney