UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL RAY SANCHEZ,<br><br>Defendant. | Case No. 08-CR-739-BEN<br><br>PROOF OF SERVICE |

I am over the age of 18; my business address is 136 Redwood Street, San Diego, CA 92103.

On May 5, 2008, I served the following document described as:

Joint Motion to Continue Sentencing Hearing Date

By the following method:

**(X) CM/ECF FILING.**

U.S. District Court Clerk
Southern District of California

David Katz
Assistant U.S. Attorney

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Executed on May 5, 2008, at San Diego, California.

S/Stephen E. Hoffman
Stephen E. Hoffman