STEPHEN E. HOFFMAN
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 574-1888
California State Bar No. 90495

Attorney for Defendant
Manuel Ray Sanchez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(The Honorable Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL RAY SANCHEZ,<br><br>Defendant. | Case No. 08-CR-0739-BEN<br><br>JOINT MOTION TO EXPAND TRAVEL CONDITIONS OF RELEASE |

Comes now defendant Manuel Ray Sanchez, through his counsel of record Stephen E. Hoffman, Assistant United States Attorney David Katz and sureties Juan Johnny Bueno and Jesus Acevedo and hereby move this court to expand the travel conditions of the defendant's release to permit him to travel to Anaheim, California with his children from June 16 through June 18, 2008.

Dated: June 5, 2008

s/ Stephen E. Hoffman
Stephen E. Hoffman
Attorney for Defendant
Manuel Ray Sanchez

Dated: June 5, 2008

s/ David Katz
David Katz
Assistant U.S. Attorney

Dated: 6/13/08

Juan Johnny Bueno
Bond Surety

Dated: 6/13/08

Jesus Acevedo
Bond Surety