UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL RAY SANCHEZ,<br><br>Defendant. | Case No. 08-CR-0739-BEN<br><br>PROOF OF SERVICE |

I am over the age of 18 and not a party to the within action; my business address is 136 Redwood Street, San Diego, CA 92103.

On June 16, 2008, I served the following document described as:

**JOINT MOTION TO EXPAND TRAVEL CONDITIONS OF RELEASE**

By the following method:

**(X) CM/ECF FILING.**

U.S. District Court Clerk
Southern District of California

David Katz
Assistant U.S. Attorney

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Executed on June 16, 2008, at San Diego, California.

s/ Stephen E. Hoffman
Stephen E. Hoffman